AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

For the _____ District of ~~Massachusetts~~

KRISTOPHER KENESSKY and STEVEN
MEYERS, Individually and on Behalf of
All Others Similarly Situated     **SUMMONS IN A CIVIL CASE**
V.

THE GILLETTE COMPANY

CASE NUMBER:

# 05 11272 DPW

TO: (Name and address of Defendant)

To the Person Designated to Accept Service for
The Gillette Company
Prudential Tower
Boston, MA  02199-8004

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

David Pastor, Esquire
GILMAN AND PASTOR, LLP
60 State Street, 37th Floor
Boston, MA  02109

in answer to the complaint which is herewith served upon you, within  twenty (20)  days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.



SARAH A. THORNTON

DEPUTY CLERK

DATE   JUN 17 2005

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 6/27/05 |
| NAME OF SERVER (PRINT) William Murphy | TITLE Process Server |

Check one box below to indicate appropriate method of service

☒ Served personally upon the third-party defendant. Place where served: Linda Sarafini, Legal Dept., Gillette, 800 Boylston St., Boston, MA

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 6/27/05
/Date/

Signature of Server

QUICKSERV, INC.
P.O. Box 869103
Milton, MA 02186

Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.