# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KRISTOPHER KENESSKY and STEVEN MEYERS,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>THE GILLETTE COMPANY,<br><br>　　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)　Civil Action No. 05-11272 DPW<br>)<br>)<br>)<br>)<br>)<br>) |

## ASSENTED-TO MOTION TO EXTEND TIME TO MOVE, ANSWER, OR OTHERWISE RESPOND TO COMPLAINT

Pursuant to Fed.R.Civ.P. Rule 6(b)(1), Defendant, The Gillette Company ("Gillette"), hereby moves, <u>with assent</u>, that the time for Gillette to move, answer, or otherwise respond to the complaint be extended to and including, August 17, 2005.

WHEREFORE, the parties having agreed to the foregoing schedule, Gillette respectfully requests that this assented-to motion be granted.

　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　THE GILLETTE COMPANY
　　　　　　　　　　　　　　　　　　　　　　By its attorneys,


　　　　　　　　　　　　　　　　　　　　　　/s/ Mark P. Szpak
　　　　　　　　　　　　　　　　　　　　　　Harvey J. Wolkoff (BBO #532880)
　　　　　　　　　　　　　　　　　　　　　　Mark P. Szpak (BBO #546261)
　　　　　　　　　　　　　　　　　　　　　　Emily C. Shanahan (BBO #643456)
　　　　　　　　　　　　　　　　　　　　　　ROPES & GRAY LLP
ASSENTED TO:　　　　　　　　　　　　　　　One International Place
　　　　　　　　　　　　　　　　　　　　　　Boston, Massachusetts 02110-2624
/s/ David Pastor (by MPS)　　　　　　　　　 (617) 951-7000
David Pastor (BBO #391000)
GILMAN AND PASTOR, LLP
60 State Street, 37th Floor
Boston, MA 02109
(617) 742-9700

　　　　　　　　　　　　　　　　　　　　　　Date:  July 8, 2005