# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| KRISTOPHER KENESSKY and STEVEN MEYERS,          )<br>)<br>Plaintiffs,          )<br>)<br>v.          )<br>)<br>THE GILLETTE COMPANY,          )<br>)<br>Defendant.          ) | Civil Action No. 05-11272 DPW |

## CORPORATE DISCLOSURE STATEMENT
## OF THE GILLETTE COMPANY

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, defendant The Gillette Company hereby files its corporate disclosure statement. The Gillette Company ("Gillette") does not have any parent corporations. Berkshire Hathaway, Inc., a publicly traded corporation, may be deemed to own 10.2 percent of Gillette's common stock through several subsidiaries. There is no other publicly traded corporation that owns more than 10 percent of Gillette's stock.

                              THE GILLETTE COMPANY

                              /s/ Mark P. Szpak
                              Harvey J. Wolkoff  (BBO #532880)
                              Mark P. Szpak (BBO #546261)
                              ROPES & GRAY LLP
                              One International Place
                              Boston, MA 02110-2624
                              Telephone: (617) 951-7000
Dated: July 8, 2005               Facsimile: (617) 951-7050