UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| KRISTOPHER KENESSKY and STEVEN MEYERS,<br><br>Plaintiffs,<br><br>v.<br><br>THE GILLETTE COMPANY,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 05-11272 DPW<br>)<br>)<br>)<br>)<br>) |

**ASSENTED-TO MOTION TO FURTHER EXTEND TIME TO MOVE, ANSWER, OR OTHERWISE RESPOND TO COMPLAINT**

Pursuant to Fed.R.Civ.P. Rule 6(b)(1), defendant The Gillette Company ("Gillette"), hereby moves, <u>with assent</u>, that the time for Gillette to move, answer, or otherwise respond to the complaint be further extended to and including September 16, 2005.

WHEREFORE, the parties having agreed to the foregoing schedule, Gillette respectfully requests that this assented-to motion be granted.

Respectfully submitted,

THE GILLETTE COMPANY
By its attorneys,

/s/ Mark P. Szpak
Harvey J. Wolkoff (BBO #532880)
Mark P. Szpak (BBO #546261)
Emily C. Shanahan (BBO #643456)
ROPES & GRAY LLP
One International Place
Boston, Massachusetts 02110-2624
(617) 951-7000

ASSENTED TO:

/s/ David Pastor (by MPS)
David Pastor (BBO #391000)
GILMAN AND PASTOR, LLP
60 State Street, 37th Floor
Boston, MA 02109
(617) 742-9700

Date:  August 15, 2005

Assented-To Motion to Further Extend -- Kenessky