UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| KRISTOPHER KENESSKY and STEVEN MEYERS,    )<br>)<br>Plaintiffs,    )<br>)<br>v.    )<br>)<br>THE GILLETTE COMPANY,    )<br>)<br>Defendant.    )<br>) | Civil Action No. 05-11272 DPW |

**AMENDED CORPORATE DISCLOSURE STATEMENT**
**OF THE GILLETTE COMPANY**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, defendant The Gillette Company ("Gillette") hereby files this amended corporate disclosure statement.

As of October 1, 2005, Gillette's parent corporation is The Procter & Gamble Company.

There is no other publicly traded corporation that owns 10 percent or more of Gillette's stock.

THE GILLETTE COMPANY
By its attorneys,

/s/ Mark P. Szpak
Harvey J. Wolkoff  (BBO #532880)
Mark P. Szpak (BBO #546261)
ROPES & GRAY LLP
One International Place
Boston, MA 02110-2624
Telephone: (617) 951-7000
Facsimile: (617) 951-7050

Dated:  October 6, 2005