UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| In re: | ) | CIVIL ACTION NO. 05-11177 |
| M3POWER RAZOR SYSTEM | ) | (Lead Case) |
| MARKETING & SALES PRACTICES | ) | |
| LITIGATION | ) | MDL Docket No. 1704 |
| | ) | |

**DEFENDANT THE GILLETTE COMPANY'S**
**CERTIFICATION OF COMPLIANCE WITH LOCAL RULE 16.1(D)**

Pursuant to Local Rule 16.1(D)(3), the undersigned counsel and authorized representative of defendant The Gillette Company ("Gillette") certify that Gillette and its counsel have conferred:

a.  with a view to establishing a budget for the full course – and various alternative courses – of the litigation; and

b.  to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

THE GILLETTE COMPANY

By:   /s/ Deborah Marson
       Deborah Marson
       Deputy General Counsel
       The Gillette Company


       /s/ Harvey J. Wolkoff
       Harvey J. Wolkoff
       Mark P. Szpak
       Ropes & Gray LLP
       One International Place
       Boston, Massachusetts 02110
       (617) 951-7000

Dated:  January 13, 2006

Rule 16 Certification