UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KRISTOPHER KENESSKY and STEVEN MEYERS, Individually and on Behalf of All Others Similarly Situated,<br><br>                Plaintiffs,<br>v.<br><br>THE GILLETTE COMPANY,<br><br>                Defendant. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 05-11272-PW<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE NAMED COURT:

Please enter the appearance of Mark P. Szpak as attorney for Defendant, The Gillette Company, in the above captioned action.

                                          Respectfully submitted,

                                          */s/Mark P. Szpak*
                                          Mark P. Szpak (BBO #546261)
                                          ROPES & GRAY LLP
                                          One International Place
                                          Boston, Massachusetts 02110
                                          T (617) 951-7522
                                          F (617) 951-7050

Dated: January 20, 2006

9914571_1.DOC