UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KRISTOPHER KENESSKY and STEVEN MEYERS, Individually and on Behalf of All Others Similarly Situated,<br><br>     Plaintiffs,<br><br> v.<br><br>THE GILLETTE COMPANY,<br><br>     Defendant. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 05-11272-PW<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE NAMED COURT:

Please enter the appearance of Harvey J. Wolkoff as attorney for Defendant, The Gillette Company, in the above captioned action.

              Respectfully submitted,

              */s/Harvey J. Wolkoff*
              Harvey J. Wolkoff  (BBO #532880)
              ROPES & GRAY LLP
              One International Place
              Boston, Massachusetts 02110
              T (617) 951-7522
              F (617) 951-7050

Dated:  January 20, 2006

9914568_1.DOC